Case 1:12-cr-00069-CG-N   Document 166   Filed 04/01/16   Page 1 of 1

AO 247 (Rev. 08/14) ALSD Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| DOUGLAS MCARTHUR WATTS, JR. | ) | Case No: | 12-00069-001 |
| | ) | USM No: | 16604-043 |
| Date of Original Judgment: 01-31-2014 | ) | | |
| Date of Previous Amended Judgment: | ) | Pro Se | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 120 months **is reduced to** 96 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Except as otherwise provided, all provisions of the judgment dated 01-31-2014 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: April 1, 2016

Callie V. S. Granade
Senior U.S. District Judge

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Senior United States District Judge
*Printed name and title*

Digitally signed by Callie V. S. Granade Senior U.S. District Judge
DN: cn=Callie V. S. Granade Senior U.S. District Judge, o=Federal Judiciary, ou=U.S. Government, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2016.04.01 15:13:15 -05'00'